CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 13 2020

JULIA C. DUDLEY, CLERK
BY: /s/ M_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| KRYSTAL H., on behalf of C.H., a minor child, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 4:18-cv-00068<br>) |
| v. | ) **ORDER**<br>) |
| COMMISSIONER OF SOCIAL SECURITY, | ) By: Hon. Jackson L. Kiser<br>)    Senior United States District Judge<br>) |
| Defendant. | ) |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant Plaintiff's Motion for Summary Judgment, deny the Commissioner's Motion for Summary Judgment, reverse the Commissioner's final decision, and remand this case for further administrative proceedings. The R&R was filed on January 24, 2020, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 20] shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment [ECF No. 14] is **GRANTED**, the Commissioner's Motion for Summary Judgment [ECF No. 18] is **DENIED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

**ENTERED** this 18th day of February, 2020.

Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE